IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| D2L LTD., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:09-cv-01763-WDQ ) |
| BLACKBOARD, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Plaintiffs' Motion to Correct the Filing Date of Complaint for Declaratory Judgment ("Motion"), it is this ____ day of August 2009, **ORDERED:**

1. That the Plaintiffs' Motion is GRANTED;

2. That the Clerk of the Court shall correct the filing date of Plaintiffs' Complaint for Declaratory Judgment (Document No. 1) from July 6, 2009 to July 7, 2009; and

3. That the Clerk of the Court shall electronically file a copy of this Order so that it shall be deemed served upon all counsel of record.

**SO ORDERED.**

                                                                                             _____
                                                                                             William D. Quarles, Jr.
                                                                                             United States District Judge